IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 17-cv-00616-CMA-NYW

KAMRAN SAHAMI, and
KRISTIN WATSON,

    Plaintiffs,

v.

METROPOLITAN STATE UNIVERSITY OF DENVER,

    Defendant.

---

**ORDER GRANTING DEFENDANT'S MOTION FOR SEPARATE TRIALS**

---

This matter comes before the Court on the Defendant's Motion for Separate Trials. (Doc. # 67.) Having determined that, for the reasons stated therein, the instant motion should be GRANTED, the Court hereby ORDERS that the claims of Plaintiff Kamran Sahami and Plaintiff Kristin Watson be tried separately.

DATED: July 18, 2018          BY THE COURT:

                                                   _____
                                                   CHRISTINE M. ARGUELLO
                                                   United States District Judge