IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-00616-CMA-NYW

---

KAMRAN SAHAMI and KRISTIN WATSON

Plaintiffs,

v.

METROPOLITAN STATE UNIVERSITY OF DENVER

Defendant.

---

**NOTICE OF SETTLEMENT AND JOINT MOTION TO VACATE**

---

Plaintiffs Kamran Sahami and Kristin Watson, and Defendant Metropolitan State University of Denver, by and through their undersigned counsel, hereby notify the Court that the parties have reached a settlement with respect to all claims in the above litigation and respectfully move for an Order of the Court vacating the existing Final Pretrial Conference and Trial Dates.

Pursuant to the terms of the written settlement agreements and Colorado law, settlement is subject to review by risk management officials of the State of Colorado, including the Comptroller and the Colorado State Claims Board (*see* C.R.S. § 24-34-510). In addition, this process also includes a review and audit by the State Comptroller of how settlement should be funded, research of the State's vendor offset system and deductions to Revenue from the settlement for any monies owed to the State and funding of the settlement from multiple agencies. Given the review and multi stage

process as well as the intervening holidays, the parties anticipate it will take approximately forty-five (45) days for this review and other conditions of settlement antecedent to the filing of a stipulation for dismissal. The parties are aware of the Court's practice standard, 16.6(a)(1). However, the parties believe the unique circumstances of this matter, including the statutory and administrative impediments to the filing of a stipulation for dismissal at the present time, constitute good cause for a continuance.

Pursuant to D.C.COLO.LCivR 6.1, the parties represent that this is the first request for a continuance and that this Motion is being contemporaneously served on the parties at the time of filing.

WHEREFORE, the parties respectfully request that the Court vacate the Final Trial Preparation Conference scheduled for January 22, 2019 and vacate the trial dates scheduled for January 28 and February 4, 2019. The parties request the Court set a deadline for February 18, 2019 for submission of a stipulation for dismissal.

Respectfully submitted this 31st day of December, 2018.

*/s/ Mathew S. Shechter*
Todd J. McNamara
Mathew S. Shechter
McNamara & Shechter LLP
1888 Sherman Street, Suite 370
Denver, CO 80203
tjm@18thavelaw.com
mss@18thavelaw.com
*Attorneys for Plaintiffs*

*/s/ Heather Kelly*
Alison Kyles, Esq.

Heather Kelly, Esq.
Cara Morlan, Esq.
Office of the Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
Alison.Kyles@coag.gov
Heather.Kelly@coag.gov
Cara.Morlan@coag.gov
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of December, 2018, a copy of the foregoing was served via CM/ECF to:

Heather Kelley, Esq.
Cara Morlan, Esq.
Office of the Attorney General
1300 Broadway
10th Floor
Denver, CO 80203

*Attorneys for Defendant*

/s/Mathew Shechter
Mathew Shechter