IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-00616-CMA-NYW

---

KAMRAN SAHAMI and KRISTIN WATSON

Plaintiffs,

v.

METROPOLITAN STATE UNIVERSITY OF DENVER

Defendant.

---

**JOINT MOTION FOR EXTENSION OF TIME TO SUBMIT DISMISSAL DOCUMENTS**

---

Plaintiffs Kamran Sahami and Kristin Watson, and Defendant Metropolitan State University of Denver, by and through their undersigned counsel, hereby move for an extension of time from this Honorable Court within which to file dismissal documents.

1. On December 31, 2018, the parties reached a settlement of the within litigation, and filed a Notice of Settlement. Pursuant to that Notice, the Court ordered the parties to submit dismissal paperwork on or before February 19, 2019.
2. The parties have finalized written settlement agreements, but did encounter some delays in finalizing agreements and obtaining signatures as a result of the holidays. An agreement pertaining to Dr. Sahami is fully executed and the parties will be able to dismiss the claims concerning Dr. Sahami within 21 days. An agreement pertaining to Dr. Watson has been partially executed and

the parties are gathering the final requisite signatures. The parties anticipate being able to dismiss the claims of Dr. Watson within 21 days.

3. Pursuant to D.C.COLO.LCivR 6.1D and 6.1E, the parties have not previously sought an extension of time to file the requisite dismissal paperwork, and neither party will be prejudiced by a delay in the filing of this paperwork. Undersigned counsel certify that they have served a copy of this Motion upon their clients.

WHEREFORE, the parties respectfully request that the Court extend the deadline for submission of a stipulation for dismissal to March 12, 2019.

Respectfully submitted this 19th day of February, 2019.

*/s/ Mathew S. Shechter*
Todd J. McNamara
Mathew S. Shechter
McNamara & Shechter LLP
1888 Sherman Street, Suite 370
Denver, CO 80203
tjm@18thavelaw.com
mss@18thavelaw.com
*Attorneys for Plaintiffs*

*/s/ Heather Kelly*
Alison Kyles, Esq.
Heather Kelly, Esq.
Cara Morlan, Esq.
Office of the Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
Alison.Kyles@coag.gov
Heather.Kelly@coag.gov
Cara.Morlan@coag.gov
Attorneys for Defendant