IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-00616-CMA-NYW

KAMRAN SAHAMI and KRISTIN WATSON

Plaintiffs,

v.

METROPOLITAN STATE UNIVERSITY OF DENVER

Defendant.

## STIPULATION FOR DISMISSAL

COME NOW, Plaintiffs Kamran Sahami and Kristin Watson and Defendant Metropolitan State University of Denver, by and through their undersigned counsel, and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the within litigation, with prejudice, with each party to pay its, his or her own costs and attorneys' fees.

DATED this 11th day of March, 2019.

*/s/ Mathew Shechter*
Todd J. McNamara – Atty. Reg. No.: 10608
Mathew S. Shechter – Atty. Reg. No.: 41463
McNamara & Shechter LLP
1888 Sherman Street, Suite 370
Denver, CO 80203
tjm@18thavelaw.com
mss@18thavelaw.com
Attorneys for Plaintiffs

_*/s/ Heather Kelly*______

Alison Kyles, Esq.
Heather Kelly, Esq.
Cara Morlan, Esq.
Office of the Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
Alison.Kyles@coag.gov
Heather.Kelly@coag.gov
Cara.Morlan@coag.gov
Attorneys for Defendant